[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-12928
Non-Argument Calendar
_____

D.C. Docket No. 4:15-cr-00005-RH-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS MELLOR BAINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(April 25, 2017)

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Thomas Mellor Bains in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bains's conviction and sentence are **AFFIRMED**.